IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN KIRBY WRIGHT,**
**ADC #99769**                                                                                           **PLAINTIFF**

V.                              CASE NO. 2:18-CV-109-JM-BD

**F. COBB, et al.**                                                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they should be specific and should include the factual or legal basis for the objection. To be considered, all objections must be received in the office of the Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.   Discussion

John Kirby Wright, an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Based on Mr. Wright's litigation history, he is not eligible for *in forma pauperis* status

absent allegations that he faces imminent danger of serious bodily injury.[1] Because Mr. Wright alleged only past harm in his complaint and amended complaint, there is no basis to conclude that he faces imminent danger of serious bodily injury.

Accordingly, the Court gave Mr. Wright until Monday, September 10, 2018, to pay the $400 statutory filing fee. (#2, #10) The Court specifically cautioned him that his claims could be dismissed, without prejudice, if he failed to pay the filing fee within the time allowed. (#2)

Mr. Wright has filed multiple other papers with the Court (#11, #12, #13, #14), but he has not submitted the filing fee, as ordered. The time for complying with the Court's Order to address the filing fee requirement has expired.

### III. Conclusion

The Court recommends that Mr. Wright's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 9, 2018 Order and his failure to prosecute this lawsuit.

DATED this 18th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Wright filed three previous cases that were dismissed for failure to state a federal claim for relief: *Wright v. Hobbs, et al.*, 2:13cv78-KGB; *Wright v. Beebe, et al.*, 2:14cv4-JLH; *Wright v. Bush, et al.*, 4:12cv717-BSM.