IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN KIRBY WRIGHT,
ADC #99769                                                                                          PLAINTIFF

V.                          CASE NO. 2:18-CV-109-JM-BD

F. COBB, et al.                                                                                     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Wright's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wright's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's August 9, 2018 Order, and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 5th day of October, 2018

_____
UNITED STATES DISTRICT JUDGE