IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN KIRBY WRIGHT,**
**ADC #99769**     **PLAINTIFF**

V.     CASE NO. 2:18-CV-109-JM-BD

**F. COBB, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE